NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**TEXTSCAPE LLC,**
*Plaintiff-Appellant,*

v.

**ADOBE SYSTEMS, INC.,**
*Defendant-Appellee.*

---

2010-1423

---

Appeal from the United States District Court for the Northern District of California in case no. 09-CV-4550, Magistrate Judge Bernard Zimmerman.

---

## ON MOTION

---

## ORDER

Upon consideration of Textscape LLC's motion for a 14-day extension of time, until September 28, 2010, to file its opening brief, so that the parties may discuss settlement,

IT IS ORDERED THAT:

The motion is granted.

FOR THE COURT

**SEP 3 0 2010**

Date

/s/ Jan Horbaly

Jan Horbaly

Clerk

cc: Edward W. Goldstein, Esq.
Theodore T. Herhold, Esq.

s20

**FILED**

U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

SEP 3 0 2010

JAN HORBALY
CLERK